THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHESTER HOLIDAY, Defendant-Appellant.

(No. 61514;

First District (4th Division)—June 11, 1975.

Opinion by Mr. JUSTICE JOHNSON.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.